SHIPPERS' CAR SUPPLY COMMITTEE *v.* INTER-
STATE COMMERCE COMMISSION ET AL.

No. 141.  Decided October 13, 1958.

*Wm. P. Ellis* for appellant.

*Solicitor General Rankin, Assistant Attorney General Hansen, Robert W. Ginnane* and *Carroll T. Prince, Jr.* for the United States and the Interstate Commerce Commission, and *Charles W. Burkett, Jr.* and *James E. Lyons* for the Southern Pacific Co., appellees.

*Robert Y. Thornton,* Attorney General, filed a brief for the State of Oregon, as *amicus curiae,* urging that probable jurisdiction be noted.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

## DYE *v.* OHIO.

No. 151.  Decided October 13, 1958.

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.